# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.:  SACV 00-00517-DOC (EEx)          Date:  August 28, 2000

Title:  RICHMOND A. DELLASTATIOUS, et al. v. ADRIAN GLUCK

---

## DOCKET ENTRY  (page 1 of 1)

---

PRESENT:          HON. ELGIN EDWARDS, MAG. JUDGE

Ellie Gammage            n/a
Deputy Clerk             Court Reporter

Attorneys present for petitioner/plaintiff:       Attorneys present for respondent/defendant:

none present                                       none present

PROCEEDINGS:  [In chambers re plaintiff's motion to compel responses to interrogatories and for sanctions, filed August 4, 2000]

Plaintiff's motion to compel responses to interrogatories and for sanctions filed August 4, 2000 has been referred to Magistrate Judge Edwards. The motion is unopposed. Accordingly, oral argument is dispensed with pursuant to Local Rule 7.11, and the motion is GRANTED. Defendant shall answer interrogatories 1-19 and pay sanctions to plaintiff in the amount of $1,000 not later than 10 days after the date of service of this order

Docketed ✓
Copies / NTC Sent ✓
— JS - 5 / JS - 6
— JS - 2 / JS - 3
- CLSD

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



ENTER ON ICMS
AUG 2 8 2000

Initials of Deputy Clerk _____

MINUTES FORM 11

CIVIL-GEN