UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES-GENERAL</u>

Case No.  <u>SACV 00-517-DOC (EEx)</u>          Date <u>January 2, 2001</u>

Title:  <u>RICHARD A. DELLASTATIOUS -v- ADRIAN GLUCK</u>

------------------------------------------------------------------------------------------------

PRESENT: THE HONORABLE <u>ELGIN EDWARDS, MAGISTRATE JUDGE</u>

<u>Ellie Gammage</u>                  <u>n/a</u>                         <u>SA 01-01</u>
     Deputy Clerk            Court Reporter / Recorder              Tape No

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
Donald P Brigham                           not present

PROCEEDINGS: 1) Plaintiff's motion to compel production of documents
             2) Plaintiff's request for sanctions

    Case called. Appearance made by plaintiff's counsel. No appearance nor any opposition filed by defendant. Court views these motions as unopposed and, therefore grants plaintiff's motion to compel production of documents. Court orders that Adrian Gluck and Associates, Inc. (AGAI) produce and permit inspection and copying of the subpoenaed records forthwith.

    Court grants plaintiff's request for sanctions in the amount of $2000 against AGAI, for attorney fees necessarily and reasonably incurred in preparing and presenting this motion.

    Court also orders that defendant, Adrian Gluck, personally, pay additional sanctions in the amount of $2000 for attorney fees which the Court finds were necessarily and reasonably incurred for the motion filed August 9, 2000 and withdrawn on September 12, 2000.

cc Adrian Gluck

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

✓ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD



ENTER ON ICMS

JAN - 5 2001

Initials of Preparer
    e

CV-90 (10/98)                    CIVIL MINUTES - GENERAL