# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  SACV 00-517-DOC (EEx)                    Date  May 1, 2001

Title:   RICHARD A. DELLASTATIOUS -v- ADRIAN GLUCK

---

PRESENT: THE HONORABLE   ELGIN EDWARDS, MAGISTRATE JUDGE

| Ellie Gammage | n/a | SA 01-19 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No |

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:
Donald P. Brigham                              Adrian Gluck, in pro per


PROCEEDINGS:   Plaintiff's motion for order to show cause re contempt

   Case called. Appearance made by plaintiff's counsel and defendant, Adrian Gluck, in pro per. Court continues the present proceedings to June 19, 2001 at 10:00 a.m. Defendant is to respond in writing not later than June 5, 2001 to plaintiff's motion which was filed March 28, 2001; plaintiff may reply, if necessary, not later than June 12, 2001.


Priority  ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

cc. Adrian Gluck

ENTER ON ICMS
MAY -3 2001

Initials of Preparer