Sep 18 3:08PM'01

Priority X
Send X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
SEP 20 2001
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION OF SANTA ANA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICHMOND A. DELLASTATIOUS, and FRANK ROMANO,
Plaintiff,
Vs.

ADRIAN GLUCK,
Defendant

Case No.: SACV00-517 DOC (EEX)

ORDER TO SHOW CAUSE RE CONTEMPT

MAGISTRATE MARC L. GOLDMAN

(POST JUDGMENT PROCEEDING)

THE MOTION OF RICHMOND A. DELLASTATIOUS, judgment creditor, for an Order to Show Cause Re Contempt against Adrian Gluck, and Adrian Gluck & Associates, Inc., came on regularly for hearing before this court on August 14, 2001. No appearances were made on behalf of either party, the motion having been considered in chambers. After consideration of papers filed in support of the motion, and no opposition having been filed, and good cause appearing therefor,

ENTER ON ICMS
SEP 21 2001

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The motion is hereby granted.

2. Adrian Gluck is hereby ordered to appear on October 23, 2001, at 10 a.m. in Courtroom

6A, of the above entitled court, located at 411 W. 4th. Street, Santa Ana, California, to show cause, if any, why he should not be held in contempt of this court for failing to comply with this court's order dated August 28, 2000 requiring him answer post-judgment interrogatories 1-19 and pay sanctions of $1000.00 within ten days of service of said order, and for failing to pay $2000.00 in sanctions for filing on August 9, 2000 a Motion to Quash Subpoenas, then withdrawing said motion after opposition was filed.

3. Adrian Gluck & Associates, Inc. is hereby ordered to appear on October 23, 2001, at 10 a.m. in Courtroom 6A, of the above entitled court, located at 411 W. 4th. Street, Santa Ana, California, to show cause, if any, why it should not be held in contempt of this court for failing to comply with this court's order dated January 2, 2001 directing it to produce and permit inspection and copying of subpoenaed records and pay sanctions in the amount of $2000.00.

4. The orders of August 28, 2001 and January 2, 2001 and your disobedience thereto, are more particularly described in the declaration of Donald P. Brigham which is attached hereto and made a part hereof.

5. This order shall be served on you by mail, or personally, by delivering a copy thereof, attached to a copy of the declaration of Donald P. Brigham, at least ______ days prior to the date of the hearing.

Dated: Sept. 20, 2001

[signature]
Magistrate, U.S. District Court

incurred by judgment creditor as a result of judgment debtor and AGAI's failure to comply with these orders.

Respectfully submitted,

Donald P. Brigham, Attorney for
Richmond A. Dellastatious

DECLARATION OF DONALD P. BRIGHAM IN SUPPORT OF MOTION FOR CONTEMPT

I, Donald P. Brigham, do hereby declare:

1. I am an attorney licensed to practice law before the United States District Court, Central District of California.

2. I am the attorney of record for Richmond A. Dellastatious, ("judgment creditor"), herein. As such I am familiar with the efforts of judgment creditor to enforce the judgment entered in this case against Adrian Gluck ("judgment debtor"), including efforts to uncover judgment debtor's assets and sources of income through post-judgment discovery requests and orders compelling discovery and sanctions by this court. If called as a witness, I could and would competently testify to the following based upon my own personal knowledge.

3. On August 28, 2000 this court ordered judgment debtor to answer post-judgment interrogatories 1-19 and pay sanctions in the amount of $1000.00 within ten days of service of the order. A true and correct copy of the order of this court is attached hereto as Exhibit A and is incorporated herein by reference. On December 30, 2000, judgment debtor provided incomplete answers to these interrogatories and no

verification of his answers. In addition, judgment debtor failed to pay any sanctions to judgment creditor as ordered.

4. On January 2, 2001, this court entered a second discovery order, directing judgment debtor and his company Adrian Gluck & Associates, to comply with a subpoena for the production of business records, and again to pay additional sanctions of $2000.00 to judgment creditor. In addition, this order also required judgment debtor to pay an additional $2000.00 for filing without substantial justification, then withdrawing his motion to quash a series of post-judgment subpoenas. A true and correct copy of the second discovery order of this court is attached hereto as Exhibit B and is incorporated herein by reference.

5. On January 5, 2001, after receiving judgment debtor's incomplete interrogatory responses, I served by mail, a demand for further answers and verification of answers along with a demand for payment of sanctions, on the judgment debtor. A true and correct copy of this demand is attached hereto as Exhibit C and is incorporated herein by reference.

6. On January 8, 2001, I served a copy of the January 2, 2001 discovery and sanctions order on judgment debtor, along with a demand for compliance. A true and correct copy of this demand is attached hereto as Exhibit D and is incorporated herein by reference.

7. On January 26, 2001, I again served both the August 28, 2000 order and the January 2, 2001 order on judgment debtor this time by certified mail, return receipt requested, along with a further demand for compliance with these orders. This

demand was received and signed for by judgment debtor's adult daughter Leslie Gluck on January 30, 2001, at judgment debtor's residence that he shares with his daughter. A true and correct copy of my January 26, 2001 letter and signed receipt evidencing receipt of the letter and orders, is attached hereto as Exhibit E and is incorporated herein by reference.

8. As of March 22, 2001, judgment debtor has failed to comply with these orders and has failed to pay any sanctions to my client as ordered. The same is also true of his company, AGAI. Furthermore, I have received no communications from judgment debtor or AGAI and no explanation or excuse for their non-compliance with these orders.

9. In preparing and presenting this motion, my client has and will incur at least $2500.00 in attorney's fees billed at the hourly rate of $200.00 resulting from judgment debtor's and AGAI's failure to comply with these discovery orders, thereby necessitating this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/22/01

Donald P. Brigham

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.:** SACV 00-00517-DOC (EEx) **Date:** August 28, 2000

**Title:** *RICHMOND A. DELLASTATIOUS, et al. v. ADRIAN GLUCK*

**DOCKET ENTRY** (page 1 of 1)

**PRESENT:** HON. ELGIN EDWARDS, MAG. JUDGE

Ellie Gammage — Deputy Clerk
n/a — Court Reporter

**Attorneys present for petitioner/plaintiff:** none present

**Attorneys present for respondent/defendant:** none present

**PROCEEDINGS:** [In chambers re plaintiff's motion to compel responses to interrogatories and for sanctions, filed August 4, 2000]

Plaintiff's motion to compel responses to interrogatories and for sanctions filed August 4, 2000 has been referred to Magistrate Judge Edwards. The motion is unopposed. Accordingly, oral argument is dispensed with pursuant to Local Rule 7.11, and the motion is GRANTED. Defendant shall answer interrogatories 1-19 and pay sanctions to plaintiff in the amount of $1,000 not later than 10 days after the date of service of this order

✓ Docketed
✓ Copies / NTC Sent
— JS - 5 / JS - 6
— JS - 2 / JS - 3
- CLSD

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only




MINUTES FORM 11
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. SACV 00-517-DOC (EEx) Date January 2, 2001

Title: RICHARD A. DELLASTATIOUS -v- ADRIAN GLUCK

PRESENT: THE HONORABLE ELGIN EDWARDS, MAGISTRATE JUDGE

Ellie Gammage n/a SA 01-01
Deputy Clerk Court Reporter / Recorder Tape No

ATTORNEYS PRESENT FOR PLAINTIFFS:
Donald P Brigham

ATTORNEYS PRESENT FOR DEFENDANTS:
not present

PROCEEDINGS: 1) Plaintiff's motion to compel production of documents
2) Plaintiff's request for sanctions

Case called. Appearance made by plaintiff's counsel. No appearance nor any opposition filed by defendant. Court views these motions as unopposed and, therefore grants plaintiff's motion to compel production of documents. Court orders that Adrian Gluck and Associates, Inc. (AGAI) produce and permit inspection and copying of the subpoenaed records forthwith.

Court grants plaintiff's request for sanctions in the amount of $2000 against AGAI, for attorney fees necessarily and reasonably incurred in preparing and presenting this motion.

Court also orders that defendant, Adrian Gluck, personally, pay additional sanctions in the amount of $2000 for attorney fees which the Court finds were necessarily and reasonably incurred for the motion filed August 9, 2000 and withdrawn on September 12, 2000.

cc Adrian Gluck

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

✓ Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD




Initials of Preparer

15

DONALD P. BRIGHAM
ATTORNEY AT LAW
23232 PERALTA DRIVE, SUITE 204
LAGUNA HILLS, CALIFORNIA 92653
dbrigham@earthlink.net

TELEPHONE
(949) 206-1661

FAX
(949) 206-9718

January 5, 2001

Adrian Gluck
430 N. Oakhurst, #302
Beverly Hills, CA 90210

Re: Dellastatious v. Gluck; USDC Case No. SACV00-517 DOC (EEX); Responses to Interrogatories and Order for Payment of Sanctions

Dear Mr. Gluck:

This will acknowledge receipt of your responses to interrogatories, Set One. Regrettably, your responses were incomplete and were not verified, as required by California law. Accordingly, I have enclosed a Verification for your execution and return to me.

With respect to your responses to interrogatories four and five, you failed to obtain information responsive to these interrogatories. Specifically the interrogatories requested that you describe the amount, and source of monies used to pay any note secured by the premises in which you are residing and the source, and amount of the down payment to purchase the premises where you are residing. Your response that you do not know fails to fulfill your obligation in responding to interrogatories, by obtaining such information from available sources, including family members. (CCP §2030(f)(1). Jones v. Sup. Ct. (1981) 119 CA3d 534, 552. Accordingly, please supplement your responses by providing full and complete responses to interrogatories four and five.

Concerning interrogatory six, you failed to state the location of the Wycliffe Trust instrument. Please supplement your response. You also failed to identify the name and address for the Agent for Service of Process for each of the entities listed in your response to interrogatory nine. Please supplement your response.

I have enclosed for your information, Magistrate Edward's order directing you to pay my client sanctions of $1000.00 resulting from your initial failure to provide responses to these interrogatories. These sanctions are an order of the court, and unlike the judgment entered against you; your failure to comply with this order may constitute contempt, punishable by fine or imprisonment. Accordingly, I strongly recommend that you comply with this order and pay these sanctions to avoid the necessity of contempt proceedings against you.

If I have not received your supplemental responses, Verification and payment of sanctions by January 15, 2001, I will request Magistrate Edwards issue an Order to Show Cause re Contempt for your failure to comply with his order.

I look forward to your prompt attention to this matter.

Very truly yours,

Donald P. Brigham
DPB/jmb
Enclosures

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.:** SACV 00-00517-DOC (EEx) **Date:** August 28, 2000

**Title:** *RICHMOND A. DELLASTATIOUS*, et al. v. *ADRIAN GLUCK*

**DOCKET ENTRY** (page 1 of 1)

**PRESENT:** HON. ELGIN EDWARDS, MAG. JUDGE

Ellie Gammage — Deputy Clerk
n/a — Court Reporter

Attorneys present for petitioner/plaintiff: none present

Attorneys present for respondent/defendant: none present

**PROCEEDINGS:** [In chambers re plaintiff's motion to compel responses to interrogatories and for sanctions, filed August 4, 2000]

Plaintiff's motion to compel responses to interrogatories and for sanctions filed August 4, 2000 has been referred to Magistrate Judge Edwards. The motion is unopposed. Accordingly, oral argument is dispensed with pursuant to Local Rule 7.11, and the motion is GRANTED. Defendant shall answer interrogatories 1-19 and pay sanctions to plaintiff in the amount of $1,000 not later than 10 days after the date of service of this order

/ Docketed
- Copies / NTC Sent
- JS - 5 / JS - 6
- JS - 2 / JS - 3
- CLSD

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



DONALD P. BRIGHAM
ATTORNEY AT LAW
23232 PERALTA DRIVE, SUITE 204
LAGUNA HILLS, CALIFORNIA 92653
dbrigham@earthlink.net

TELEPHONE
(949) 206-1661

FAX
(949) 206-9718

January 8, 2001

Adrian Gluck
430 N. Oakhurst, #302
Beverly Hills, CA 90210

Re: Dellastatious v. Gluck; USDC Case No. SACV00-517 DOC (EEX); Responses to Interrogatories and Order for Payment of Sanctions

Dear Mr.

Enclosed is Magistrate Edwards' Order compelling the production of documents subpoenaed from AGAI, and for the payment of sanctions from AGAI and you. Magistrate Edwards' Order requires that you comply with the order for production of documents and payment of sanctions "forthwith." Accordingly, please send your check or certified funds in payment of these sanctions to my office as soon as possible in order to comply with the Order.

With respect to the production of documents, please contact my office to arrange for a time and place for my attorney service to copy the previously subpoenaed records from AGAI.

Please be advised that Magistrate Edwards' Order is distinct from the judgment entered against you in this case, and is enforceable through the Court's contempt powers. Consequently, in the event you fail to comply with this Order, I will request Magistrate Edwards issue an Order to Show Cause Re Contempt. I trust this will not be necessary.

I look forward to your immediate attention to this matter.

Very truly yours,

Donald P. Brigham
DPB/jmb
Enclosure

D

DONALD P. BRIGHAM
ATTORNEY AT LAW
23232 PERALTA DRIVE, SUITE 204
LAGUNA HILLS, CALIFORNIA 92653
dbrigham@earthlink.net

TELEPHONE
(949) 206-1661

FAX
(949) 206-9718

SENT CERTIFIED MAIL RETURN RECEIPT REQUESTED

January 29, 2001

Adrian Gluck
430 N. Oakhurst, #302
Beverly CA 90210

Re: Dellastatious v. Gluck; USDC Case No. SACV00-517 DOC (EEX); Responses to Interrogatories and Order for Payment of Sanctions

Dear Mr. Gluck:

Enclosed and served upon you is Magistrate Edward's order dated January 2, 2001, and Magistrate Edward's order dated August 28, 2000. I expect full and complete compliance with these orders. My office previously sent both of these orders to you. Unfortunately, you have chosen not to comply with these orders as of today.

Please be advised that your failure to comply with these orders will result in the initiation of contempt proceedings against you before Magistrate Edwards.

If you have any questions concerning your obligations pertaining to these orders, please feel free to contact me.

Very truly yours,

Donald P. Brigham
DPB/jmb

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. SACV 00-517-DOC (EEx) Date January 2, 2001

Title: RICHARD A. DELLASTATIOUS -v- ADRIAN GLUCK

PRESENT: THE HONORABLE ELGIN EDWARDS, MAGISTRATE JUDGE

| Ellie Gammage | n/a | SA 01-01 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No |

ATTORNEYS PRESENT FOR PLAINTIFFS:
Donald P Brigham

ATTORNEYS PRESENT FOR DEFENDANTS:
not present

PROCEEDINGS: 1) Plaintiff's motion to compel production of documents
2) Plaintiff's request for sanctions

Case called. Appearance made by plaintiff's counsel. No appearance nor any opposition filed by defendant. Court views these motions as unopposed and, therefore grants plaintiff's motion to compel production of documents. Court orders that Adrian Gluck and Associates, Inc. (AGAI) produce and permit inspection and copying of the subpoenaed records forthwith.

Court grants plaintiff's request for sanctions in the amount of $2000 against AGAI, for attorney fees necessarily and reasonably incurred in preparing and presenting this motion.

Court also orders that defendant, Adrian Gluck, personally, pay additional sanctions in the amount of $2000 for attorney fees which the Court finds were necessarily and reasonably incurred for the motion filed August 9, 2000 and withdrawn on September 12, 2000.

cc Adrian Gluck

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

✓ Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD




Initials of Preparer

15

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.:** SACV 00-00517-DOC (EEx) **Date:** August 28, 2000

**Title:** *RICHMOND A. DELLASTATIOUS, et al. v. ADRIAN GLUCK*

**DOCKET ENTRY** (page 1 of 1)

**PRESENT:** HON. ELGIN EDWARDS, MAG. JUDGE

Ellie Gammage — Deputy Clerk
n/a — Court Reporter

Attorneys present for petitioner/plaintiff: none present

Attorneys present for respondent/defendant: none present

**PROCEEDINGS:** [In chambers re plaintiff's motion to compel responses to interrogatories and for sanctions, filed August 4, 2000]

Plaintiff's motion to compel responses to interrogatories and for sanctions filed August 4, 2000 has been referred to Magistrate Judge Edwards. The motion is unopposed. Accordingly, oral argument is dispensed with pursuant to Local Rule 7.11, and the motion is GRANTED. Defendant shall answer interrogatories 1-19 and pay sanctions to plaintiff in the amount of $1,000 not later than 10 days after the date of service of this order

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only




MINUTES FORM 11
CIVIL-GEN

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

ADRIAN GLUCK
430 N. OAKHURST, #302
BEVERLY HILLS, CA
90210

4a. Article Number 4358
7000 0520 0022 3935

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
7/20/01

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.