Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES—GENERAL

Case No.: SACV 00-00517-DOC (MLGx)          Date: December 6, 2001

Title: RICHMOND A. DELLASTATIOUS, et al. v. ADRIAN GLUCK

**DOCKET ENTRY (page 1 of 1)**

**PRESENT:**        HON. MARC L. GOLDMAN, MAGISTRATE JUDGE

Cristina Beeman for Ellie Gammage         Tape No. SA01-132
Deputy Clerk                              Court Reporter

**Attorneys present for petitioner/plaintiff:**         **Attorneys present for respondent/defendant:**

Donald Brigham                                          Gregory Dovel

**PROCEEDINGS:** [Plaintiff's Petition for Order to Show Cause Re Contempt]

On December 6, 2001, a hearing was held on Plaintiffs' Petition for an Order to Show Cause why Defendant should not be held in contempt for failure to pay sanctions previously ordered by the Court. Defendant has asserted that the Court lacks the authority to find him in contempt for this transgression and that he lacks the ability to pay the sanctions.

In order to determine whether a Certification of Contempt is warranted pursuant to 28 U.S.C. § 636(6)(B), it is ORDERED that Defendant Adrian Gluck and his company, Adrian Gluck & Associates, Inc., ("AGA") provide Plaintiffs and the Court with a complete statement of monies received and expended by or on behalf of Gluck and AGA for the period between January 1, 2001 to December 1, 2001. The statement shall include supporting documentation including, but not limited to, all contracts, ledgers, accounts, books, records, cancelled checks, balance sheets, credit card statements and any other documents showing monies received or expended by Adrian Gluck or AGA. The statement shall be made under oath. The statement and all supporting documents shall be submitted to the Court and Plaintiffs on or before December 21, 2001.

A hearing shall be held on the issue of Defendant's ability to pay the sanctions on January 10, 2002 at 10:00 a.m. Defendant shall be present to testify under oath as to his financial status as well as the accuracy and completeness of the statement and records provided in support of the statement. Payment of the sanctions imposed will excuse Defendant from compliance ENTER ON ICMS

DEC 10 2001

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk _____