**DONALD P. BRIGHAM, ESQ. SBN 68708**
**BRIGHAM LAW FIRM**
**CENTURY CENTER**
26522 La Alameda, Suite 170
Mission Viejo, CA 92691
(949) 367-0227 Telephone
(949) 367-0356 Facsimile



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 18 2009
SDM
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| RICHMOND DELLASTATIOUS, FRANK ROMANO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADRIAN GLUCK,<br><br>　　　　Defendant | Case No.: 8:00-CV-00517-DOC-MLG<br><br>**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST** |

1. I claim the following costs after judgment incurred within the enforceability period of this judgment:

   a. Preparing and issuing abstract of judgment: 5/18/00　　　　$15.00

   b. Recording and indexing abstract of judgment: 5/19/00, 2/27/01　　$31.00

   c. Filing notice of judgment lien on personal property: 6/17/00　　$10.00

   d. Issuing writ of execution, to extent not satisfied: 5/15/00　　$10.00

   e. Levying officer's fees, to extent not satisfied by CCP §685.050:　$371.00

   f. Total of claimed costs:　　　　　　　　　　　　　　　　　$437.00

2. All previously allowed postjudgment costs:　　　　　　　　$-0-

3. Total of all postjudgment costs:　　　　　　　　　　　　　$437.00

MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST - 1

ORIGINAL

4. Acknowledgment of Credit: I acknowledge total credit to date in the amount of $13,051.07.

5. Declaration of accrued interest. Interest on the judgment accruing at the legal rate from the date of entry on balances due after partial satisfaction and other credits in the amount of: $277,858.24

6. I am the attorney for the judgment creditor. I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 2/12/09

Donald P. Brigham

TO JUDGMENT DEBTOR ADRIAN GLUCK: If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100.00 in aggregate and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum.

MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST - 2

## DECLARATION OF PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I, Donald P. Brigham, declare:

I am employed in the County of Orange, State of California. My business address is 26522 La Alameda, Suite 170, Mission Viejo, California 92691. I am over eighteen years of age and not a party to this action. I am readily familiar with the business practice for the collection and processing of correspondence for mailing with the United States Postal Service and the correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business.

On March 13, 2009, I served the following document(s) described as:

MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST

on the interested parties to the within action by placing a true copy thereof, enclosed in a sealed envelope, postage prepaid, certified mail, return receipt requested, addressed as follows:

### SERVICE LIST ATTACHED

The above-described document(s) was/were sent to the aforementioned parties in the manner described below as indicated by an "X."

__X__ **(BY MAIL)** I caused such envelope with postage thereon fully paid to be placed in the United States mail at Mission Viejo, California.

____ **(BY FEDERAL EXPRESS)**

____ **(BY FACSIMILE TRANSMITTAL)**, for immediate receipt.

____ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am an attorney licensed to practice before this Court.

Dated: 2/13/09

Donald P. Brigham

SERVICE LIST

Sean Luner, Esq.
DOVEL & LUNER
201 Santa Monica, Suite 600
Santa Monica, CA 90401

Attorneys for Adrian Gluck, Judgment Debtor