DONALD P. BRIGHAM, SBN 68708
26522 La Alameda, Suite 170
Mission Viejo, CA 92691
(949) 367-0227 Telephone
(949) 367-0356 Facsimile

Attorney for Judgment Creditor, Richmond Dellastatious

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| RICHMOND DELLASTATIOUS, FRANK ROMANO,<br><br>    Plaintiff,<br><br>vs.<br><br>ADRIAN GLUCK,<br><br>    Defendant | Case No.: 8:00-CV-00517-DOC-MLG<br><br>ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT |

1. Satisfaction of the judgment is acknowledged as follows: Full Satisfaction. The judgment creditors have accepted payment other than as specified in the judgment in full satisfaction of the judgment.

2. Full name and address of the judgment creditors: Richmond Dellastatious and Frank Romano, c/o Donald P. Brigham, Esq., 26522 La Alameda, Suite 170, Mission Viejo, CA 92691.

3. Full name and address of assignee of record if any: None

4. Full name and address of judgment debtor: Adrian Gluck, c/o Sean Luner, Esq., 201 Santa Monica Boulevard, Suite 600, Santa Monica, CA 90401.

5. Judgment entered on: March 3, 2000. Judgment renewed on: March 18, 2009.

6. An abstract of judgment was recorded as follows:

ORIGINAL

| County | Date of Recording | Instrument Number |
|---|---|---|
| Orange | May 19, 2000 | 20000266029 |
| Los Angeles | February 27, 2001 | 01-0325877 |

7. A notice of judgment lien has been filed in the office of the Secretary of State as file number: 0020360616.

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Dated: 6/16/09

_____
Donald P. Brigham, Attorney for Judgment Creditor, Richmond Dellastatious

## DECLARATION OF PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I, Donald P. Brigham, declare:

I am employed in the County of Orange, State of California. My business address is 26522 La Alameda, Suite 170, Mission Viejo, California 92691. I am over eighteen years of age and not a party to this action. I am readily familiar with the business practice for the collection and processing of correspondence for mailing with the United States Postal Service and the correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business.

On June 16, 2009, I served the following document(s) described as:

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

on the interested parties to the within action by placing a true copy thereof, enclosed in a sealed envelope, postage prepaid, certified mail, return receipt requested, addressed as follows:

SERVICE LIST ATTACHED

The above-described document(s) was/were sent to the aforementioned parties in the manner described below as indicated by an "X."

__X__ **(BY MAIL)** I caused such envelope with postage thereon fully paid to be placed in the United States mail at Mission Viejo, California.

____ **(BY FEDERAL EXPRESS)**

____ **(BY FACSIMILE TRANSMITTAL)**, for immediate receipt.

____ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am an attorney licensed to practice before this Court.

Dated: 6/16/09

Donald P. Brigham

SERVICE LIST

Sean Luner, Esq.
DOVEL & LUNER
201 Santa Monica, Suite 600
Santa Monica, CA 90401

Attorneys for Adrian Gluck, Judgment Debtor