1 DONALD P. BRIGHAM, SBN 68708
26522 La Alameda, Suite 170
2 Mission Viejo, CA 92691
(949) 367-0227 Telephone
3 (949) 367-0356 Facsimile

4 Attorney for Judgment Creditor, Richmond Dellastatious

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| RICHMOND DELLASTATIOUS, FRANK ROMANO, <br><br>  Plaintiff, <br><br> vs. <br><br> ADRIAN GLUCK, <br><br>  Defendant | Case No.: 8:00-CV-00517-DOC-MLG <br><br> ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT |

1. Satisfaction of the judgment is acknowledged as follows: Full Satisfaction. The judgment creditors have accepted payment other than as specified in the judgment in full satisfaction of the judgment.

2. Full name and address of the judgment creditors: Richmond Dellastatious and Frank Romano, c/o Donald P. Brigham, Esq., 26522 La Alameda, Suite 170, Mission Viejo, CA 92691.

3. Full name and address of assignee of record if any: None

4. Full name and address of judgment debtor: Adrian Gluck, c/o Sean Luner, Esq., 201 Santa Monica Boulevard, Suite 600, Santa Monica, CA 90401.

5. Judgment entered on: March 3, 2000. Judgment renewed on: March 18, 2009.

6. An abstract of judgment was recorded as follows:

| County | Date of Recording | Instrument Number |
|---|---|---|
| Orange | May 19, 2000 | 20000266029 |
| Los Angeles | February 27, 2001 | 01-0325877 |

7. A notice of judgment lien has been filed in the office of the Secretary of State as file number: 0020360616.

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Dated: 6/16/09

Donald P. Brigham, Attorney for Judgment Creditor, Richmond Dellastatious

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT - 2

California All-Purpose Acknowledgment

State of California
County of Orange

On __06/16/09__ before me, Pat Stetter, notary public, personally appeared ***Donald P Brigham***_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Pat Stetter_____ (Seal)

---

Optional

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

Description of Attached Document

Title or Type of Document: __Acknowledgment Of Satisifaction Of Judgment__
Document Date: __June 16, 2009_____  # of Pages: __2__
Signer(s) Other Than Named Above: _____